UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JetBlue Airways Corporation,

                    Plaintiff,

v.

Blue Jet Sp. z o.o.,

                    Defendant.

Docket No: 1:14-cv-01315-GBD

**JOINT NOTICE OF SETTLEMENT**

---

**PLEASE TAKE NOTICE THAT** Plaintiff, JetBlue Airways Corporation and Defendant, Blue Jet Sp. z o.o., have reached a settlement in principle in the above-referenced action. The parties anticipate the appropriate closing documents will be finalized within thirty (30) days, and therefore request a thirty (30) day adjournment of all deadlines and appearances in this matter.

Dated:    July 15, 2014

Respectfully Submitted,

FRANKFURT KURNIT KLEIN
& SELZ, P.C.

By: _____
Toby M.J. Butterfield
Beth I. Goldman
488 Madison Avenue, 10th Floor
New York, New York 10022
Tel.: (212) 980-0120
*Attorneys for Plaintiff JetBlue Airways Corporation*

LEASON ELLIS LLP

By: _____
Peter Sloane (PS 7204)
Cameron S. Reuber (CR 7001)
One Barker Avenue, Fifth Floor
White Plains, NY 10601
Tel.: (914) 288-0022
*Attorneys for Defendant Blue Jet Sp. z o.o.*