UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED AUG 04 2014

---

JetBlue Airways Corporation,

                                    Plaintiff,

        v.

Blue Jet Sp. z o.o.,

                                    Defendant.

Docket No: 1:14-cv-01315-GBD

JOINT NOTICE OF SETTLEMENT

**SO ORDERED**

The conference is adjourned to
September 3, 2014 at 9:45 a.m.

AUG 04 2014   *George B. Daniels*

**HON. GEORGE B. DANIELS**

---

**PLEASE TAKE NOTICE THAT** Plaintiff, JetBlue Airways Corporation and

Defendant, Blue Jet Sp. z o.o., have reached a settlement in principle in the above-referenced

action.  The parties anticipate the appropriate closing documents will be finalized within thirty

(30) days, and therefore request a thirty (30) day adjournment of all deadlines and appearances in

this matter.

Dated:          July 15, 2014

Respectfully Submitted,

FRANKFURT KURNIT KLEIN
& SELZ, P.C.

By: _____
Toby M.J. Butterfield
Beth I. Goldman
488 Madison Avenue, 10th Floor
New York, New York 10022
Tel.: (212) 980-0120
*Attorneys for Plaintiff JetBlue Airways
Corporation*

LEASON ELLIS LLP

By: _____
Peter Sloane (PS 7204)
Cameron S. Reuber (CR 7001)
One Barker Avenue, Fifth Floor
White Plains, NY 10601
Tel.: (914) 288-0022
*Attorneys for Defendant Blue Jet Sp. z o.o.*